UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ROBIN SCHLOESSER,<br><br>               Plaintiff,<br><br>v.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC<br><br>               Defendants. | **Case No.:** 3:21-cv-00386-KAC-HBG<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff Robin Schloesser and Defendant Experian Information Solutions, Inc. ("Experian") have settled all claims between them. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter as to Experian only. Plaintiff also requests the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 12th day of January 2022,

                                                                  s/Christopher Kim Thompson
                                                                  TN Bar No. 015895
                                                                  Thompson Law
                                                                  4525 Harding Pike, Suite 203
                                                                  Nashville, TN 37205
                                                                  Telephone No. 615-620-4329
                                                                  E-mail: kim@thompsonslawoffice.com
                                                                  *Counsel for Plaintiff Robin Schloesser*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to the following counsel of record via electronic mail:

Alexandra Ortiz Hadley,
BUTLER SNOW LLP
150 3rd Avenue Sout, Suite 1600
Nashville, TN 37201
T: (615) 651-6728
Alexa.hadley@butlersnow.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

Michael Malone
Kymberly Kester
POLSINELLI PC
401 Commerce Street, Suite 900
Nashville, TN 37219
T: (615) 259-1567
mmalone@polsinelli.com
kkester@polsinelli.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

Sye T. Hickey
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
T: (615) 726-5600
shickey@bakerdonelson.com

*Counsel for Defendant*
*Flagship Credit Acceptance, LLC*

**s/Christopher Kim Thompson**
Christopher Kim Thompson