# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| ROBIN SCHLOESSER,<br><br>        Plaintiff,<br><br>v.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC<br><br>        Defendants. | **Case No.:** 3:21-cv-00386-KAC-HBG<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

      NOTICE IS HEREBY GIVEN that Plaintiff Robin Schloesser and Defendant Equifax Information Services, LLC ("Equifax") have settled all claims between them. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter as to Equifax only. Plaintiff also requests the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

      RESPECTFULLY SUBMITTED this 22nd day of February 2022,

                                  *s/ Jenna Dakroub*
                                  Jenna Dakroub, TN BPR No. 038927
                                  (admitted *pro hac vice*)
                                  PRICE LAW GROUP, APC
                                  82455 N. 85th Way
                                  Scottsdale, AZ 85258
                                  T: (818) 600-5513
                                  jenna@pricelawgroup.com

Christopher Kim Thompson
TN Bar No. 015895
Thompson Law
4525 Harding Pike, Suite 203
Nashville, TN 37205
Telephone No. 615-620-4329
E-mail: kim@thompsonslawoffice.com
*Counsel for Plaintiff Robin Schloesser*

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to the following counsel of record via electronic mail:

Kymberly Kester
POLSINELLI PC
401 Commerce Street, Suite 900
Nashville, TN 37219
T: (615) 259-1567
mmalone@polsinelli.com
kkester@polsinelli.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

Sye T. Hickey
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
T: (615) 726-5600
shickey@bakerdonelson.com
*Counsel for Defendant*
*Flagship Credit Acceptance, LLC*

*s/ Jenna Dakroub*
Jenna Dakroub