# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| ROBIN SCHLOESSER,<br><br>    Plaintiff,<br><br>v.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC<br><br>    Defendants. | Case No.: 3:21-cv-00386-KAC-JEM<br><br>**AGREED ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY WITH PREJUDICE** |

## ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY WITH PREJUDICE

Before the Court is the Parties' "Joint Motion to Dismiss Defendant Equifax Information Services, LLC, Only, with Prejudice" ("Motion") pursuant to Federal Rule of Civil Procedure 21 [Doc. 33]. Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have notified the Court of settlement of all claims between them and seek dismissal of Equifax from this action.

Accordingly, the Motion is **GRANTED**, Defendant Equifax Information Services, LLC **ONLY** is **DISMISSED WITH PREJUDICE**.

  IT IS SO ORDERED.

                s/ Katherine A. Crytzer
                KATHERINE A. CRYTZER
                United Stated District Judge