# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| ROBIN SCHLOESSER,<br><br>    Plaintiff,<br><br>v.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC<br><br>    Defendants. | **Case No.:** 3:21-cv-00386-KAC-HBG<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT FLAGSHIP CREDIT ACCEPTANCE LLC** |

NOTICE IS HEREBY GIVEN that Plaintiff Robin Schloesser and Defendant Flagship Credit Acceptance, LLC ("Flagship") have settled all claims between them. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 15th day of June 2022,

            *s/ Jenna Dakroub*
            Jenna Dakroub, TN BPR No. 038927
            (admitted *pro hac vice*)
            PRICE LAW GROUP, APC
            82455 N. 85th Way
            Scottsdale, AZ 85258
            T: (818) 600-5513
            jenna@pricelawgroup.com

1

Christopher Kim Thompson
TN Bar No. 015895
Thompson Law
4525 Harding Pike, Suite 203
Nashville, TN 37205
Telephone No. 615-620-4329
E-mail: kim@thompsonslawoffice.com
*Counsel for Plaintiff Robin Schloesser*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to the following counsel of record via electronic mail:

Rick Carl (TN Bar No. 017911)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
T: (865) 971-5162
F: (865) 329-5162
rcarl@bakerdonelson.com
*Counsel for Defendant*
*Flagship Credit Acceptance, LLC*

*s/ Jenna Dakroub*
Jenna Dakroub