UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBIN SCHLOESSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:21-CV-386-KAC-JEM |
| | ) | |
| FLAGSHIP CREDIT ACCEPTANCE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to the "Agreed Order Granting Joint Motion to Dismiss Defendant Flagship Credit Acceptance, LLC with Prejudice" [Doc. 39], this last portion of this action is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT